# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>    v.<br><br>KAM SANG COMPANY, INC, d/b/a PUENTE HILLS MALL, a California corporation; and DOES 1 to 10, inclusive,<br><br>                    Defendants. | Case No.: 2:21-cv-08648-GW-AS<br><br>CLASS ACTION<br><br>Honorable George H. Wu<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)<br><br>Complaint Filed: November 2, 2021<br>Trial Date:          October 25, 2022 |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS CASE

1  IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Thuy Thanh Alonzo and Defendant Kam Sang Company, Inc. d/b/a Puente Hills Mall's joint request that this Court enter a dismissal with prejudice of the entire case, including all claims and causes of action with prejudice, in the above-entitled action, is GRANTED in full. Each party shall bear her or its own fees and costs.

IT IS SO ORDERED.

Dated: May 12, 2022

_____
HON. GEORGE H. WU
U.S. DISTRICT COURT JUDGE